UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HILL<br>1633 Central Road<br>Mayfield, KY 42066<br><br>    Plaintiff,<br><br>v.<br><br>PFIZER INC.<br>235 E. 42nd Street<br>New York, NY 10017<br><br>    Defendants. | Case No.: 3:06-cv-00294-CRB<br><br>MDL No. 1699 |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, the parties to the above-captioned matter, by and through undersigned counsel, hereby stipulate and agree that the above-captioned matter is hereby dismissed without prejudice. If the above-captioned matter is refiled, the parties agree that this matter will be filed directly in MDL 1699.

MILLER & ASSOCIATES

Attorneys for Plaintiff

By: _____

Michele A. DiMartino, Esq.

Dated: April 27, 2006

GORDON & REES LLP

Attorneys for Defendant

By: _____

Stuart M. Gordon, Esq.

Dated: 5-1-06

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2  Dated: May  30th , 2006.

*[Seal: United States District Court, Northern District of California — "IT IS SO ORDERED" / Judge Charles R. Breyer, signed]*

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111